**William LESLIE, Trustee in Bankruptcy of Edward JOHNSON, Bankrupt, Appellant, v. ALLIS–CHALMERS MANUFACTURING CO. et al., Appellees.**

No. 7614.

Circuit Court of Appeals, Ninth Circuit.

Oct. 8, 1934.

Grainger & Hunt, of Los Angeles, Cal., for appellant.

Everett H. Smith, Ray Howard, Edward A. Stuart, and Sherer & Daugherty, all of Los Angeles, Cal., for appellees.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

---

**LINDBLADH CORPORATION, Plaintiff-Appellee, v. C. E. SHEPARD COMPANY, Defendant-Appellant.**

No. 461.

Circuit Court of Appeals, Second Circuit.

July 9, 1934.

Stephen J. Cox, of New York City (Bertram G. Foster and Henry L. Foster, both of Washington, D. C., of counsel), for appellant.

Charles Neave, of New York City (Harrison F. Lyman, Charles E. Hammett, Jr., and Fish, Richardson & Neave, all of Boston, Mass., of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (7 F. Supp. 446) affirmed.

---

**Curley LOGAN, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 7450.

Circuit Court of Appeals, Fifth Circuit.

Oct. 16, 1934.

In forma pauperis.

Curley Logan, of Atlanta, Ga., in pro. per.

Lawrence S. Camp, U. S. Atty., and H. T. Nichols, Sp. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.